**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ERICSSON INC., | C.A. No. 26-176-MN |
| Ericsson, | |
| v. | **JURY TRIAL DEMANDED** |
| ACER INC., | |
| Defendant. | |

**STIPULATION TO EXTEND TIME**

WHEREAS, Ericsson filed its Complaint on February 17, 2026;

WHEREAS, Acer agreed to accept service on March 2;

WHEREAS Acer filed a motion to dismiss, stay, or transfer in response to the Complaint on March 2, 2026 (D.I. 8).

WHEREAS, Ericsson served Acer on March 12;

WHEREAS, the parties have conferred regarding an extension to respond to the Complaint and agreed on a 45-day extension, if and when a further response is due;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that Acer's deadline to move, answer, or otherwise respond to the Complaint, if and when a further response is due, is extended 45 days.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@RLF.com

*Attorneys for Plaintiff Ericsson Inc.*

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
glynch@shawkeller.com

*Attorneys for Defendant Acer Inc*

Dated: March 27, 2026