IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERICSSON INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-176 (MN) |
| | ) | |
| ACER INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this 20th day of July 2026, for the reasons set forth in the Memorandum

Opinion issued on this date, IT IS HEREBY ORDERED that:

1.      Defendant's Motion to Dismiss or, in the Alternative, Stay or Transfer (D.I. 8) is

**DENIED**.

_____
The Honorable Maryellen Noreika
United States District Judge